IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal SAM Strategic Growth Portfolio, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCIPAL MANAGEMENT CORPORATION, PRINCIPAL GLOBAL INVESTORS, LLC, and PRINCIPAL FUNDS DISTRIBUTOR, INC., <br><br> Defendants. | No. 4:09-CV-00433-RP-CFB <br><br><br><br><br><br><br><br><br> ORDER ADOPTING SCHEDULING ORDER AND DISCOVERY PLAN, SETTING TRIAL AND FINAL PRETRIAL |

The Court's Order Adopting Scheduling Order filed on March 26, 2010 [Clerk's No. 35] is corrected and the following deadlines are set:

1. Initial Disclosures by: **April 23, 2010.**

2. Add Parties deadline **June 23, 2010.**

3. Amended Pleadings due by **June 23, 2010.**

4. Plaintiff's Expert Witness disclosures due by **October 21, 2011.**

5. Defendants' Expert Witness disclosures due by **December 21, 2011**.

6. Plaintiff's Rebuttal Witness disclosures due by **January 23, 2012.**

7. Discovery shall be concluded, and not propounded, by **July 22, 2011**.

8. Dispositive Motion Deadline **May 23, 2012.**

9. This case is set for bench trial before Chief Judge Robert W. Pratt on **September 24, 2012.** Estimated length of trial is fifteen days. Final Pretrial is set before the undersigned **at 10:00 a.m. on September 12, 2012.** The parties should comply with the requirements for final pretrial conference attached to this order.

IT IS SO ORDERED.

Dated this 6th day of April, 2010.

_____
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE