IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal Strategic Growth Portfolio, et al., | * * * * * * | 4:09-cv-00433 |
| Plaintiffs, | * * | |
| v. | * * | |
| PRINCIPAL MANAGEMENT CORPORATION, LLC, PRINCIPAL GLOBAL INVESTORS, LLC, and PRINCIPAL FUNDS DISTRIBUTOR, INC., | * * * * * | NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS |
| Defendants. | * | |

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

Notice is hereby given that Andrew R. Escobar, formerly of the law firm of O'Melveny & Meyers LLP, admitted herein *pro hac vice* on January 8, 2010, hereby withdraws as counsel for Defendants Principal Management Corporation, LLC, Principal Global Investors, LLC (terminated), and Principal Funds Distributor, Inc. in the captioned civil action, for the reason that he has left the firm.  Phillip R. Kaplan of O'Melveny & Meyers LLP and Brian L. Campbell of Whitfield & Eddy PLC continue as counsel for Defendants.  Defendants have been notified of this withdrawal.  This notice is being served via CM/ECF on all parties.

Dated June 22, 2010.

/s/ Andrew S. Escobar
Andrew R. Escobar
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104
Telephone:   206.839.4800
Fax:           206.839.4801
Email:        andrew.escobar@dlapiper.com
Withdrawing Counsel

WEST\22058739.1

Phillip R. Kaplan
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California  92660
Telephone:    949.760.9600
Fax:               949.823.6994
Email: pkaplan@omm.com

Brian L Campbell
WHITFIELD & EDDY PLC
317 Sixth Avenue
Suite 1200
Des Moines, Iowa  50309-4110
Telephone:    515.288.6041
Fax:               515.246.1474
Email: campbell@whitfieldlaw.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the attorneys of record for each party to the above-entitled cause through the Court's CM/ECF electronic filing system on the 22nd day of June, 2010.

*/s/ Andrew R. Escobar*

Andrew R. Escobar

**Attorneys for Plaintiffs:**

**David Harris Goldman**
BABICH GOLDMAN CASHATT &
RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: dgoldman@babichlaw.com

**Laura R. Gerber**
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Email: lgerber@kellerrohrback.com

**Kodi Ann Brotherson**
BABICH GOLDMAN CASHATT &
RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: kbrotherson@babichlaw.com

**Lynn Lincoln Sarko**
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Email: lsarko@kellerrohrback.com

**Michael J. Carroll**
BABICH GOLDMAN CASHATT &
RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: mcarroll@babichlaw.com

**Michael Woerner**
KELLER ROHRBACK L.L.P.
1201 Third Avenue
Suite 3200
Seattle, Washington 98101-3052
Email: mwoerner@kellerrohrback.com

**Tana Lin**
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Email: tlin@kellerrohrback.com