UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal Strategic Growth Portfolio, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Principal Management Corporation, Principal Global Investors, LLC, and Principal Funds Distributor, Inc.,<br><br>Defendants. | Case No.  4:09-cv-00433-RP-CFB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS**<br><br>Action filed:      October 28, 2009 |

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

Notice is hereby given that Justin B. Bernstein, formerly of the law firm of O'Melveny & Myers LLP, admitted herein *pro hac vice* on September 8, 2010, hereby withdraws as counsel for Defendants Principal Management Corporation, Principal Global Investors, LLC (terminated), and Principal Funds Distributor, Inc. in the above captioned civil action, for the reason that he has left the firm.  Phillip R. Kaplan of O'Melveny & Myers LLP, Brian Neach for O'Melveny & Myers LLP, and Brian L. Campbell of Whitfield & Eddy PLC continue as counsel for Defendants.  Defendants have been notified of this withdrawal.  This notice is being served via CM/ECF on all parties.

DATED:  December 17, 2010                             By:  /s/ Justin B. Bernstein_____
                                                                            Justin B. Bernstein

        Phillip R. Kaplan (*admitted pro hac vice*)
        Brian Neach (*admitted pro hac vice*)
        O'MELVENY & MYERS LLP
        610 Newport Center Drive, 17th Floor
        Newport Beach, California 92660
        Telephone:  (949) 760-9600
        Fax:  (949) 823-6994
        E-mail:  pkaplan@omm.com

        Brian Campbell
        WHITFIELD & EDDY P.L.C.
        317 Sixth Ave., Suite 1200
        Des Moines, Iowa 50309
        Telephone:  (515) 288-6041
        Fax:  (515) 246-1474
        E-mail:   campbell@whitfieldlaw.com


        *Counsel for Defendants Principal Management*
        *Corporation and Principal Funds Distributor, Inc.*

NB1:808539.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS was served upon the attorneys of record for each party to the above-entitled cause through the Court's CM/ECF electronic filing system on the 17th day of December 2010.

/s/ Justin B. Bernstein

Justin B. Bernstein

**Attorneys for Plaintiffs:**

**David Harris Goldman**
BABICH GOLDMAN CASHATT
 & RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: dgoldman@babichlaw.com

**Kodi Ann Brotherson**
BABICH GOLDMAN CASHATT
 & RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: kbrotherson@babichlaw.com

**Michael J. Carroll**
BABICH GOLDMAN CASHATT
 & RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: mcarroll@babichlaw.com

**Laura R. Gerber**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: legerber@kellerrohrback.com

**Lynn Lincoln Sarko**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: lsarko@kellerrohrback.com

**Michael Woerner**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: mwoerner@kellerrohrback.com

**Tana Lin**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: tlin@kellerrohrback.com