UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal Strategic Growth Portfolio, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Principal Management Corporation, Principal Global Investors, LLC, and Principal Funds Distributor, Inc., <br><br> Defendants. | Case No.  4:09-cv-00433-RP-CFB <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS** <br><br> Action filed:     October 28, 2009 |

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

Notice is hereby given that Phillip R. Kaplan, admitted herein *pro hac vice* on January 8, 2010, Brian Neach, admitted herein *pro hac vice* on November 1, 2010, and O'Melveny & Myers LLP hereby withdraw as counsel for Defendants Principal Management Corporation, Principal Global Investors, LLC (terminated), and Principal Funds Distributor, Inc. in the above captioned civil action.  Brian L. Campbell of Whitfield & Eddy PLC and Alfred Robert Pietrzak, Andrew W. Stern, Mark B. Blocker and Sarah H. Newman of Sidley Austin LLP, each admitted herein *pro hac vice* on June 3, 2011, continue as counsel for Defendants.  Defendants have been notified of this withdrawal.  This notice is being served via CM/ECF on all parties.

DATED:  June 14, 2011           By:  /s/ Phillip R. Kaplan_____
                                         Phillip R. Kaplan


        Phillip R. Kaplan (*admitted pro hac vice*)
        Brian Neach (*admitted pro hac vice*)
        O'MELVENY & MYERS LLP
        610 Newport Center Drive, 17th Floor
        Newport Beach, California 92660
        Telephone:  (949) 760-9600
        Fax:  (949) 823-6994
        E-mail:  pkaplan@omm.com

        Brian Campbell
        WHITFIELD & EDDY P.L.C.
        317 Sixth Ave., Suite 1200
        Des Moines, Iowa 50309
        Telephone:  (515) 288-6041
        Fax:  (515) 246-1474
        E-mail:   campbell@whitfieldlaw.com

        Alfred Robert Pietrzak (*admitted pro hac vice*)
        Andrew W. Stern (*admitted pro hac vice*)
        SIDLEY AUSTIN LLP
        787 Seventh Ave.
        New York, New York 10019
        Telephone: (212) 839-5537
        Fax: (212) 839-5599
        Email:      rpietrzak@sidley.com; astern@sidley.com

        Mark B. Blocker (*admitted pro hac vice*)
        Sarah H. Newman (*admitted pro hac vice*)
        SIDLEY AUSTIN LLP
        One South Dearborn Street
        Chicago, IL 10019
        Telephone: (312) 853-6097
        Fax: (312) 853-7036
        Email: mblocker@sidley.com; snewman@sidley.com


        *Counsel for Defendants Principal Management*
        *Corporation and Principal Funds Distributor, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of Defendants' NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS was served upon the attorneys of record for each party to the above-entitled cause through the Court's CM/ECF electronic filing system on the 14th day of June 2011.

/s/ Phillip R. Kaplan

Phillip R. Kaplan

**Attorneys for Plaintiffs:**

**David Harris Goldman**
BABICH GOLDMAN CASHATT
 & RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: dgoldman@babichlaw.com

**Kodi Ann Brotherson**
BABICH GOLDMAN CASHATT
 & RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: kbrotherson@babichlaw.com

**Michael J. Carroll**
BABICH GOLDMAN CASHATT
 & RENZO PC
100 Court Avenue, Suite 403
Des Moines, Iowa 50309-2296
Email: mcarroll@babichlaw.com

**Laura R. Gerber**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: legerber@kellerrohrback.com

**Lynn Lincoln Sarko**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: lsarko@kellerrohrback.com

**Michael Woerner**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: mwoerner@kellerrohrback.com

**Tana Lin**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: tlin@kellerrohrback.com