IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Portfolios, *et al*., <br><br> PLAINTIFF, <br><br> v. <br><br> PRINCIPAL MANAGEMENT CORPORATION, PRINCIPAL GLOBAL INVESTORS, LLC AND PRINCIPAL FUNDS DISTRIBUTOR, INC., <br><br> DEFENDANTS. | CASE NO.: 09-cv-00433-RP-RAW <br><br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

COMES NOW Alex J. Kaplan, an attorney who is not a member of the bar of this District, moves to appear in this case *pro hac vice* on behalf of Defendants, Principal Management Corporation, Principal Global Investors, LLC, and Principal Funds Distributor, Inc. Alex J. Kaplan states that he is a member in good standing of the bar of the State of New York (2003) and the United States Court of Appeals for the Second Circuit (2008), the United States District Court for the Southern District of New York (2004), and the United States District Court for the Eastern District of New York (2004). He agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Alex J. Kaplan further states he will comply with the associate counsel requirements of LR 83.2(d)(3) by associating with Brian L. Campbell, and/or attorneys in Whitfield & Eddy's

1

Des Moines office who have been admitted to the bar of this District under LR 83.2(b) and (c) and who have appeared in this action on behalf of Defendants.

Alex J. Kaplan states that attorneys from Sidley Austin LLP currently represent Principal Life Insurance Company on a *pro hac vice* basis in the case captioned *Ruppert v. Principal Life Insurance Company*, Case. No. 4:07-cv-00344-HDV-TJS (S.D. Iowa). Principal Life Insurance Company is an affiliate of the Defendants in this case.

Alex J. Kaplan states that he can be contacted at the following: Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, telephone: 212-839-5839, facsimile: 212-839-5599, e-mail: ajkaplan@sidley.com.

Dated:   June 22, 2011.                                          Whitfield & Eddy LLP

*/s/ Brian L. Campbell*

Brian L. Campbell, AT0001361
  campbell@whitfieldlaw.com
317 Sixth Avenue
Suite 1200
Des Moines, Iowa 50309
Telephone:  (515) 288-6041
Fax:  (515) 246-1474

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2011, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian L. Campbell