UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal SAM Strategic Growth Portfolio, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL FUNDS DISTRIBUTOR, INC.<br><br>Defendants. | Case No. 4:09-cv-00433-RP-CFB<br><br>**DEFENDANTS' AGREED MOTION TO AMEND DISPOSITIVE MOTION SCHEDULE** |

Defendants Principal Management Corporation and Principal Funds Distributor, Inc. ("Defendants") move to amend the current scheduling order (Dkt. 92), as set forth below. Defendants seek to extend the deadlines relating to dispositive motions by one week because they anticipate that the parties will require additional time to complete expert depositions. Plaintiffs consent to this extension. In further support of this motion, Defendants state as follows:

1. On August 15, 2011, the Court entered an Order Adopting Scheduling Order and Discovery Plan, Setting Trial and Final Pretrial, which, *inter alia*, set a deadline of February 15, 2013 for any dispositive motions. Pursuant to Local Rule 56(b), responses to dispositive motions are due on March 8, 2013, and replies are due on March 15, 2013.

2. The parties have scheduled expert witness depositions in late January and early and mid-February 2013. Given the scheduling of these depositions, Defendants have concluded that they are likely to need a brief additional period in which to complete their summary judgment motion and supporting papers. The Plaintiffs have consented to this motion.

1

3.       Accordingly, Defendants respectfully request that the Court extend the dispositive motion deadlines by one week.  Specifically, Defendants propose the following amended deadlines for dispositive motions:

Dispositive motions due by February 22, 2013.

Responses to dispositive motions due by March 22, 2013.

Replies in support of dispositive motions due by April 5, 2013.

4.       The Defendants herewith submit a proposed amended scheduling order for the Court's consideration.

WHEREFORE, Defendants respectfully request that the Court amend the current scheduling order as described above.

Dated: January 9, 2013                                      Respectfully submitted,

     /s/ Mark B. Blocker
Mark B. Blocker
mblocker@sidley.com
Sarah Newman
snewman@Sidley.com
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-6097
Facsimile: (312) 853-7036

Brian L. Campbell
Campbell@whitfieldlaw.com
WHITFIELD & EDDY P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-8002
Telephone: (515) 246-5503
Facsimile: (515) 246-1474

Robert Pietrzak
rpietrzak@sidley.com
Andrew W. Stern
astern@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (312) 839-5599

***Counsel for Defendants***

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 9, 2013, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties so registered.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of January, 2013.

    SIDLEY AUSTIN LLP

    By /s/ Mark Blocker
       Mark Blocker
       One South Dearborn St.
       Chicago, IL 60603
       Telephone: (312) 853-6097
       Facsimile: (312) 853-7036