**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

JUDITH CURRAN and MICHAEL EARP,
for the use and benefit of the Principal Funds,
Inc.  Strategic Asset Management (SAM)
Balanced Portfolio, Principal Strategic Growth
Portfolio, *et al.*,

Case No.  09-cv-00433-RP-CFB

ORAL ARGUMENT REQUESTED

                    Plaintiffs,

Action filed:       October 28, 2009

          v.

Principal Management Corporation and
Principal Funds Distributor, Inc.,

                    Defendants.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Principal Management Corporation ("PMC") and Principal Funds

Distributor, Inc. ("PFD") (collectively, "Defendants"), by their undersigned counsel, hereby

move, pursuant to Federal Rule of Civil Procedures 56 and LR 56(a), for summary judgment on

all claims.  In support of this motion, Defendants submit the following materials: a supporting

brief in accordance with LR 56(a)(2) (attached as Exhibit 1); a statement of materials facts as to

which there is no genuine issue in accordance with LR 56(a)(3) (attached as Exhibit 2); an

appendix of supporting documents in accordance with LR 56(a)(4) and LR 56(e) (attached as

Exhibit 3); and a declaration from Sarah H. Newman attesting to the authenticity of the

supporting documents included in the appendix.

 Pursuant to LR 7(c) and LR 56(g), Defendants respectfully request oral argument with

respect to their motion for summary judgment.  Defendants believe that oral argument will assist

the Court in evaluating the parties' arguments and synthesizing the voluminous materials

submitted in support of, or in opposition to, this motion.

Wherefore, for the reasons stated in their supporting brief, Defendants respectfully

request that the Court grant their motion for summary judgment on all claims, enter judgment in

favor of Defendants, and grant such further relief as the Court deems appropriate.


DATED:  February 22, 2013                    By:  /s/ Mark B. Blocker

                                             A. Robert Pietrzak
                                             rpietrzak@sidley.com
                                             Andrew W. Stern
                                             astern@sidley.com
                                             Alex. J. Kaplan
                                             ajkaplan@sidley.com
                                             Sidley Austin LLP
                                             787 Seventh Ave.
                                             New York, NY 10019
                                             Telephone: (212) 839-5300
                                             Facsimile: (212) 839-5599

                                             Mark B. Blocker
                                             mblocker@sidley.com
                                             Sarah H. Newman
                                             snewman@sidley.com
                                             Sidley Austin LLP
                                             One South Dearborn St.
                                             Chicago, IL 60603
                                             Telephone: (312) 853-6097
                                             Facsimile: (312) 853-7036

                                             Brian L. Campbell
                                             Campbell@whitfieldlaw.com
                                             WHITFIELD & EDDY P.L.C.
                                             317 Sixth Avenue, Suite 1200
                                             Des Moines, IA  50309-8002
                                             Telephone:  (515) 246-5503
                                             Facsimile:  (515) 246-1474

                                             *Counsel for Defendants Principal Management
                                             Corporation and Principal Funds Distributor, Inc.*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, a copy of the foregoing Defendants' Motion

for Summary Judgment was filed electronically under seal. Notice of the filing will be sent to all

parties by operation of the Court's electronic filing system.  A copy of this filing will be served

on all parties via electronic mail.


/s/ Mark B. Blocker