UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal SAM Strategic Growth Portfolio, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL FUNDS DISTRIBUTOR, INC.<br><br>          Defendants. | Case No. 4:09-cv-00433-RP-CFB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiffs, Judith Curran and Michael Earp, and the Defendants, Principal Management Corporation and Principal Funds Distributor, Inc., by their respective counsel, report that the parties in this matter have reached a settlement whose terms are the product of arm's length bargaining between plaintiffs, acting in what they believe to be the best interests of the subject Funds, and Defendants. Accordingly, the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Dated: June 11, 2013                                                         Respectfully submitted,

  /s/Michael D. Woerner                                  /s/Mark B. Blocker

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Michael D. Woerner
mwoerner@kellerrohrback.com
Tana Lin
tlin@kellerrohrback.com
Laura R. Gerber
lgerber@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

David H. Goldman
dgoldman@babichlaw.com
Michael J. Carroll
mcarroll@babichlaw.com
Kodi A. Brotherson
kbrotherson@babichlaw.com
BABICH, GOLDMAN, P.C.
100 Court Avenue, Suite 403
Des Moines, IA  50309-2200
Telephone:  (515) 244-4300
Facsimile:  (515) 244-2650

*Counsel for Plaintiffs*

A. Robert Pietrzak
rpietrzak@sidley.com
Andrew W. Stern
astern@sidley.com
Alex. J. Kaplan
ajkaplan@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

David F. Graham
dgraham@sidley.com
Mark B. Blocker
mblocker@sidley.com
Sarah H. Newman
snewman@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-6097
Facsimile: (312) 853-7036

Brian L. Campbell
Campbell@whitfieldlaw.com
WHITFIELD & EDDY P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA  50309-8002
Telephone: (515) 246-5503
Facsimile: (515) 246-1474

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties will be sent a copy of this sealed filing via e-mail.

/s/ Erica J. Knerr
Erica J. Knerr, Legal Assistant