UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDITH CURRAN and MICHAEL EARP, for the use and benefit of the Principal Funds, Inc. Strategic Asset Management (SAM) Balanced Portfolio, Principal SAM Strategic Growth Portfolio, *et al.*,<br><br>                               Plaintiffs,<br><br>v.<br><br>PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL FUNDS DISTRIBUTOR, INC.<br><br>                               Defendants. | Case No. 4:09-cv-00433-RP-CFB |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having reviewed the Parties' Stipulation of Dismissal with Prejudice, and having been advised by the Parties that they have reached a settlement, the terms of which resulted from arm's length bargaining between plaintiffs, acting in what they believe to be the best interest of the subject mutual funds, and defendants, hereby approves the forgoing joint stipulation and voluntary dismissal with prejudice. As a result of the settlement, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

ENTERED this <u>12th</u> day of <u>June</u>, 2013.

*Robert W. Pratt*
_____
HONORABLE ROBERT PRATT
UNITED STATES JUDGE

1